AVIVA SPORTS, INC., Plaintiff–
Cross–Appellant,

v.

FINGERHUT DIRECT MARKETING,
INC., Menard, Inc., and Kmart
Corporation, Defendants,

and

Manley Toys, Ltd., doing business as Manley Toys, and doing business as ToyQuest, Defendant–Appellant.

Nos. 2013–1635, 2013–1671.

United States Court of Appeals,
Federal Circuit.

Aug. 18, 2014.

Stephen M. Lobbin, The Eclipse Group LLP, of Irvine, CA, argued for defendant-appellant.

J. Thomas Vitt, Dorsey & Whitney LLP, of Minneapolis, MN, argued for plaintiff-cross-appellant. With him on the brief were David Y. Trevor and Michael Weinbeck. Of counsel was Keith M. Sorge, Arthur, Chapman, Kettering, Smetak & Pikala, PA, of Minneapolis, MN.

NEWMAN, MOORE, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**